IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DAVID RUIZ SINGH,<br><br>　　　　　Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | NO. 4:08-cv-00246-REL<br><br>**ORDER** |

The government has filed a motion to dismiss or in the alternative for more definite statement [11] of movant's second amended motion to vacate, set aside, or correct sentence [10]. The Court **grants** movant's second motion to amend the pending motion to vacate, set aside or correct sentence [10]. Therefore, filings [8] and [9] are denied as moot.

To date no response has been filed by movant to the motion to dismiss. Movant is granted to and including **10 days from the date of this order within which to file a response to the motion to dismiss.**

**IT IS SO ORDERED.**

Dated this 17th day of June, 2009.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RONALD E. LONGSTAFF, Senior Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court