IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DAVID RUIZ SINGH,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CR. NO.   4:08-cv-00246<br><br>MOVANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS HIS SECOND AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE |

Comes Now the Movant David Ruiz Sing, and for his Response to the Government's Motion to Dismiss or in the Alternative for a More Definite Statement [11] regarding his Second Amended Motion to Vacate, Set Aside, or Correct Sentence [10] states:

1.   Movant hereby incorporates by this reference all the arguments previously raised in his briefs which were filed as attachment #1 to his Second Amended Motion [10], and attachment #1 to his First Amended Motion [8] without repeating the same factual and legal arguments therein, now that he has been given permission by the court to file his Second Amended Motion.

1

2.  With respect to the Government's argument that Mr. Singh's third claim concerning the questioning of witnesses by the prosecutor are barred by the statute of limitations in 28 U.S.C. § 2255(f), Mr. Singh would submit that unlike the situation in *United States v. Hernandez*, 436 F.3rd 851 (8th Cir. 2005), Mr. Singh should be granted equitable tolling by the trial court due to extraordinary circumstances in this case beyond his control, and that his third claim does relate back to Mr. Singh's timely pro se filing.

His limitations period of one year began October 29, 2007.  He timely filed his Pro-Se Motion to Vacate on June 19, 2008.  Counsel was not appointed until October 20, 2008, and counsel entered his appearance the next day.  On October 27, 2008, the court granted counsel's October 23, 2008, motion to view the sealed presentence investigation report in this case.

The U.S. probation office promptly responded to the court's order on October 29, 2008 as shown by the attached Exhibit A, and mailed a sealed copy of the pre-sentence report to counsel shortly thereafter.  Counsel will professionally state that he did not even receive the mailed

pre-sentence report until after October 29, 2008, and by then, the statute had arguably already run before counsel could even review the entire record in this matter, through no fault of the Movant Mr. Singh.

After reviewing the pre-sentence report, along with all the other documents, counsel filed Movant's first motion to amend on November 12, 2008, [8] raising this third claim, which was later put into the proper form [10], on November 18, 2008.  Under due process, it would be unfair to Mr. Singh not to grant equitable tolling to him under these extraordinary circumstances, and allow the amendments to relate back to the date of Mr. Singh's pro se filings.  In fundamental fairness, the court should consider the merits of his arguments as raised in all the briefs. *Compare, Riddle v. Kemna*, 523 F.3d 850 (8th Cir. 2008); *U.S. v. Martin*, 408 F.3d 1089 (8th Cir. 2005).

3.    In his pro-se brief attached to Mr. Sing's initial motion to vacate, [1] he cited the specific facts giving rise to his arguments concerning his improper joinder as raised in Ground Two of the second amended § 2255 motion. Namely, those are the facts sworn to by Agent Tod P. Briggs before the grand jury in the government's criminal complaint

that Mr. Sing's activities began in February 1999, which could not have been true, given that Mr. Sing was incarcerated at that time, and there was absolutely no evidence that he had any contact with his brother Martin Singh during that timeframe, or was in any way involved in any conspiratorial conduct.

WHEREFORE the Movant David Ruiz Singh prays that the government's motion to dismiss be denied, and that he be afforded an evidentiary hearing in this matter on the merits of all three of his claims.

Respectfully submitted,

O'BRYAN LAW FIRM

*/s/ Pat O'Bryan*

By: Patrick W. O'Bryan   AT0005863
300 Walnut Street, Suite 125
Des Moines, Iowa   50309
Telephone:   (515) 283-8399
Facsimile:   (515) 283-2670

ELECTRONICALLY FILED

ATTORNEY FOR DAVID SINGH

The above-signed certifies that the foregoing instrument was served upon the following by electronically filing the foregoing with the Clerk of Court using the EFC system which will send notification of such filing to the attorneys of record herein and depositing a copy thereof in the U.S. mail on June 18, 2009.

Copy to:

United States District Court
Southern District of Iowa
Office of the Clerk
Attn: Criminal Division
P.O. Box 9344
Des Moines, Iowa   50306-9344
(515) 284-6498

United States Attorney
Attn: Gary L. Hayward
U.S. Courthouse Annex, Suite 286
Des Moines, Iowa   50309-2053
Phone:  (515) 473-9358
Fax:  (515) 473-9282

David Ruiz Singh No. 07620-030
FCI
P.O. BOX 1000
Oxford, Wisconsin   53952

```
MIME-Version:1.0
From:cmecf_iasd@iasd.uscourts.gov
To:Courtmail@iasdle1.iasd.circ8.dcn
Bcc: patrickobryanlaw@msn.com , gary.hayward@usdoj.gov ,
usaias.nefcivil@usdoj.gov , john.courter@usdoj.gov , usaias.nefcriminal@usdoj.gov ,
rene.meyrat@usdoj.gov , iasdchmbrel@iasd.uscourts.gov
Message-Id:<873566@iasd.uscourts.gov>
Subject:Activity in Case 4:08-cv-00246-REL Singh v. United States of America Order
on Motion to Unseal Document
```
Content-Type: text/html

EXHIBIT "A"

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

### United States District Court for the Southern District of Iowa

### Notice of Electronic Filing

The following transaction was entered on 10/27/2008 at 4:03 PM CDT and filed on 10/27/2008
**Case Name:** Singh v. United States of America
**Case Number:** 4:08-cv-246
**Filer:**
**Document Number:** 7

**Docket Text:**
**TEXT ORDER: Upon the request of counsel [6], the Court hereby grants Mr. Patrick O'Bryan permission to receive a copy of the sealed final presentence report of David Ruiz Singh. However, the report shall remain sealed to all other persons. Signed by Senior Judge Ronald E. Longstaff on 10/27/2008. (dsg)**

**4:08-cv-246 Notice has been electronically mailed to:**

Patrick William OBryan    patrickobryanlaw@msn.com

Gary L Hayward    gary.hayward@usdoj.gov,usaias.nefcivil@usdoj.gov

John S Courter    john.courter@usdoj.gov,usaias.nefcriminal@usdoj.gov,rene.meyrat@usdoj.gov

**4:08-cv-246 Notice has been delivered by other means to:**